IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID LEEB and MARLENE LEEB | : | CIVIL ACTION |
| v. | : | |
| ALLSTATE INDEMNITY COMPANY | : | NO. 09-3160 |

ORDER

AND NOW, this 3rd day of August, 2009, upon consideration of the defendant's Response to the Court's July 20, 2009, Show Cause Order (Docket No. 7), IT IS HEREBY ORDERED, for the reasons set out in a Memorandum of today's date, that this case shall be REMANDED to the Court of Common Pleas of Bucks County, Pennsylvania.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.